# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS BUTLER, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | No. 19-1828 |
| | : | |
| LAFARGEHOLCIM, | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 5th day of February, 2021, upon consideration of Plaintiff's Motion *in limine* (ECF No. 29), and Defendant's Response (ECF No. 40), it is hereby ORDERED that Plaintiff's Motion (ECF No. 29) is GRANTED. Defendant shall not introduce testimony as to Plaintiff's failure to appear at the hearing.

BY THE COURT

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**